### 12437.   CARTRIGHT *v.* THE STATE.

BROYLES, C. J.   1. The evidence authorized a finding that the offense charged was committed by the defendant in the county of Carroll.

2. The ground of the motion for a new trial, based upon alleged newly discovered evidence, is fatally defective; as the newly discovered evidence is that of witnesses, and no affidavits as to their residence, associates, means of knowledge, character, and credibility were adduced. Civil Code (1910), § 6086.

3. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 30, 1921.

Accusation of carrying pistol without license; from city court of Carrollton — Judge Hood.   April 1, 1921.

*James Beall,* for plaintiff in error.

*Willis Smith, solicitor,* contra.